| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>BENNETT, MARK W. | 2. Court or Organization<br><br>USDC/Northern District of Iowa | 3. Date of Report<br><br>5/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>313 United States Courthouse<br>320 Sixth Street<br>Sioux City, IA 51101 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2011 | Aspen Publishing | $4,200.00 |
| 2. 2011 | Drake University Law School | $3,750.00 |
| 3. 2011 | University of Nebraska Law School | $3,230.14 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Texas Bar Association | 1.13-1.15 | Austin, TX | State Bar of Texas Annual Advanced Labor and Employment Course | airfare, lodging, meals |
| 2. | ACI | 1.24-1.26 | New York, NY | 16th Annual Employment Practices Liability Insurance Conference | aifare, lodging, meals |
| 3. | Minnesota State Bar Association | 2.3-2.4 | Minneapolis, MN | 2011 Annual Civil Litigator Shourt Course | airfare, lodging, meals |
| 4. | Drake University School of Law | 2.20-2.22 | Des Moines, IA | Co-teaching law class | mileage, lodging |

| 5. | Minnesota State Bar Association | 2.23 | Minneapolis, MN | Antitrust Section Luncheon CLE | airfare |
|---|---|---|---|---|---|
| 6. | University of Nebraska Law School | 2.27-3.1 | Lincoln, NE | Teaching law class | mileage, lodging |
| 7. | UCLA School of Law | 3.2-3.5 | Los Angeles, CA | PULSE Symposium | aifare, lodging, meals |
| 8. | Drake University School of Law | 3.31-4.1 | Des Moines, IA | Co-teaching law class | mileage, lodging |
| 9. | ABA | 4.8-4.10 | New Orleans, LA | ABA Labor and Employment National EEO Conference | airfare, lodging, meals |
| 10. | Drake University School of Law | 4.25-4.26 | Des Moines, IA | Co-teaching class | mileage, lodging |
| 11. | Pennsylvannia Bar Institute | 4.27-4.29 | Philadephia, PA | Pennsylvannia Bar's Employment Law Institute | airfare, lodging, meals |
| 12. | DRI | 5.18-5.20 | Scottsdale, AZ | DRI 34th Annual Employment Law Seminar | airfare, lodging, meals |
| 13. | ABOTA | 6.22-6.24 | Chicago, IL | ABOTA National Jury Summit | airfare, lodging, meals |
| 14. | NARTC | 7.23-7.26 | Quebec City, Canada | NARTC Annual Meeting | airfare. lodging, meals |
| 15. | ACI | 9.20-9.21 | San Francisco, CA | ACI's 13th National Wage and Hour Claims and Class Actions Conference | airfare, lodging, meals |
| 16. | Federal Defender's Service | 9.21-9.25 | Boise, ID | Annual Western All Star Conference and Confabulation | airfare, lodging, meals |
| 17. | ABOTA | 10.13-10.14 | Des Moines, IA | ABOTA Trial College | mileage, lodging |
| 18. | ALFA | 10.20-10.21 | Chicago, IL | ALFA International Annual Meeting | airfare, lodging, meals |
| 19. | ABA | 11.2-11.6 | Seattle, WA | ABA 5th Annual Section of Labor and Employment Law Conference | airfare, lodging, meals |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Non-IRA (Fidelity) | | | | | | | | | |
| 2. ANTX | | None | J | T | | | | | |
| 3. Berkshire Hathaway | | None | J | T | | | | | |
| 4. FBR Focus Fund | | None | J | T | | | | | |
| 5. First Eagle Global Class C | A | Dividend | J | T | | | | | |
| 6. Harding Loevner Emerging Mkts | A | Dividend | | | Sold | 12/27/11 | J | | |
| 7. Invesco Intl. Small Co. | A | Dividend | J | T | | | | | |
| 8. Permanent Portfolio | A | Dividend | J | T | | | | | |
| 9. SPDR SER TR S&P Oil & Gas | A | Dividend | | | Buy | 01/10/11 | J | | |
| 10. | | | | | Sold | 05/09/11 | J | | |
| 11. Surebeam Corp. | | None | J | T | | | | | |
| 12. Vanguard Index FDS | A | Dividend | J | T | | | | | |
| 13. Vanguard Specialized Portfolios | | None | J | T | | | | | |
| 14. WasatchUltra Growth | | None | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. Rollover IRA (Fidelity) | | | | | | | | | |
| 17. Direxion Daily Emerging Markts Bull | | None | | | Sold (part) | 01/05/11 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 02/02/11 | J | B | |
| 19. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 20. Fidelity Real Estate Income | A | Dividend | J | T | Buy (add'l) | 02/25/11 | J | | |
| 21. | B | | | | Buy (add'l) | 12/23/11 | J | | |
| 22. First Eagle Global Class C | | None | K | T | Sold (part) | 05/25/11 | J | B | |
| 23. Goldman Sachs Satellite Port | | None | | | Sold | 02/22/11 | J | D | |
| 24. Ishares TR S&P 500/Growth Index Fund | A | Dividend | | | Buy (add'l) | 01/05/11 | J | | |
| 25. | | | | | Sold | 04/14/11 | J | B | |
| 26. Iva Worldwide Fund | | None | K | T | Buy (add'l) | 01/03/11 | J | | |
| 27. Leuthold Global fund Retail Class | A | Dividend | J | T | Sold (part) | 11/28/11 | J | A | |
| 28. Metzler Payden Euro Emerging Markets | | None | | | Sold | 09/20/11 | J | C | |
| 29. New Century Alter Strategies | | None | | | Sold (part) | 06/24/11 | J | B | |
| 30. | | | | | Sold (part) | 08/18/11 | J | B | |
| 31. | | | | | Sold | 10/21/11 | J | C | |
| 32. Oakmark International Small Cap | A | Dividend | J | T | | | | | |
| 33. Permanent Portfolio | A | Dividend | J | T | Buy (add'l) | 02/25/11 | J | | |
| 34. SPDR SER TR S&P Oil & Gas | A | Dividend | | | Buy | 01/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 04/14/11 | J | B | |
| 36. T. Rowe Price PERSNL Strategy Blanced | A | Dividend | J | T | Sold (part) | 12/21/11 | J | C | |
| 37. Vanguard Sector Index FDS | | None | | | Buy | 02/25/11 | J | | |
| 38. | | | | | Sold | 03/28/11 | J | B | |
| 39. Wasatch Long/Short Fund | | None | | | Buy (add'l) | 02/25/11 | J | | |
| 40. | | | | | Sold | 07/20/11 | J | C | |
| 41. Wasatch Ultra Growth | | None | J | T | | | | | |
| 42. | | | | | | | | | |
| 43. Miscellaneous Holdings | | | | | | | | | |
| 44. Iowa College Savings Account self-- no control | | None | J | T | | | J | | |
| 45. Iowa College Savings Account . . ▒ no control | | None | J | T | | | J | | |
| 46. CKG ACCT; Fidelity, Boston MA | A | Interest | K | T | | | | | |
| 47. Wells Fargo Checking Account | A | Interest | J | T | | | | | |
| 48. Iowa/Nebraska State Bank Checking Account | A | Interest | J | T | | | J | | |
| 49. REINSURANCE AGREEMT; 1st Colony Life Ins. Co. | | None | N | W | | | | | |
| 50. Belcour Pension Invest VI | | None | J | T | | | | | |
| 51. LMTD PTRSHIP; Riverfront Ass'n; Des Moines, | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LMTD PTRSHIP-Shearson Senior Income Fund | | None | J | W | | | | | |
| 53. LMTD PTRSHIP-Shearson Coast Savings | | None | J | W | | | | | |
| 54. LMTD PTRSHIP-Caryle Real Estate | | None | J | W | | | | | |
| 55. RESIDENTIAL LOT; Sioux City, IA | | None | K | W | | | | | |
| 56. | | | | | | | | | |
| 57. IRA Fidelity | | | | | | | | | |
| 58. American Century Mid Cap | A | Dividend | J | T | | | | | |
| 59. BMO Small Cap | | None | J | T | Buy | 04/29/11 | J | | |
| 60. | | | | | Buy (add'l) | 09/08/11 | J | | |
| 61. Berkshire Hathaway Inc DEL CL B | | None | L | T | | | | | |
| 62. Direxion Long/Short Global | | None | J | T | Buy | 02/03/11 | J | | |
| 63. Fidelity Global Commodity Stock Fund | | None | | | Sold | 01/10/11 | J | D | |
| 64. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 65. Fidelity Real Estate Income | A | Dividend | J | T | Buy (add'l) | 12/23/11 | J | | |
| 66. First Eagle Global Class C | A | Dividend | K | T | Sold (part) | 03/02/11 | J | C | |
| 67. | | | | | Buy (add'l) | 09/08/11 | J | | |
| 68. Harding Loevner Emerging MRKTS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BENNETT, MARK W. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Invesco International Small Co. CL | A | Dividend | J | T | Sold (part) | 03/28/11 | J | C | |
| 70. IShares S&P GSCI Commodity | | None | J | T | Buy | 01/31/11 | J | | |
| 71. | | | | | Sold (part) | 03/14/11 | J | B | |
| 72. | | | | | Sold (part) | 03/30/11 | J | B | |
| 73. | | | | | Buy (add'l) | 12/05/11 | J | | |
| 74. IVA Worldwide Fund | | None | K | T | Buy (add'l) | 01/03/11 | J | | |
| 75. | | | | | Sold (part) | 03/02/11 | J | D | |
| 76. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 77. | | | | | Buy (add'l) | 09/02/11 | J | | |
| 78. Market Vectors Gulf State Index ETF | | None | J | T | Sold (part) | 01/07/11 | J | A | |
| 79. | | | | | Sold (part) | 01/07/11 | J | B | |
| 80. | | | | | Sold (part) | 01/10/11 | J | B | |
| 81. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 82. Matthews China Fund | A | Dividend | J | T | Sold (part) | 07/14/11 | J | C | |
| 83. Metzler Payden Euro Emerging Markets | | None | J | T | Buy (add'l) | 12/02/11 | J | | |
| 84. New Century Alter Strategies | | None | | | Sold | 07/13/11 | J | C | |
| 85. Oakmark Equity & Income FD | A | Dividend | J | T | Sold (part) | 01/03/11 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Permanent Portfolio | | None | K | T | Buy (add'l) | 03/21/11 | J | | |
| 87. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 88. | | | | | Buy (add'l) | 09/08/11 | J | | |
| 89. PowersharesDB | | None | | | Buy | 01/31/11 | J | | |
| 90. | | | | | Sold (part) | 03/14/11 | J | B | |
| 91. | | | | | Sold | 03/30/11 | J | B | |
| 92. Proshares | | None | J | T | Buy | 05/12/11 | J | | |
| 93. | | | | | Buy (add'l) | 05/17/11 | J | | |
| 94. | | | | | Buy (add'l) | 06/06/11 | J | | |
| 95. | | | | | Buy (add'l) | 06/06/11 | J | | |
| 96. | | | | | Buy (add'l) | 07/28/11 | J | | |
| 97. | | | | | Sold (part) | 08/04/11 | J | C | |
| 98. | | | | | Sold (part) | 08/08/11 | J | B | |
| 99. | | | | | Sold (part) | 08/09/11 | J | C | |
| 100. | | | | | Sold (part) | 08/09/11 | J | B | |
| 101. | | | | | Buy (add'l) | 08/10/11 | J | | |
| 102. | | | | | Sold (part) | 08/10/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Robeco Boston Prtners | | None | K | T | Sold (part) | 03/28/11 | J | C | |
| 104. T. Rowe Price | A | Dividend | | | Buy (add'l) | 03/31/11 | J | | |
| 105. | | | | | Sold | 09/06/11 | K | E | |
| 106. Vanguard Inflation | A | Dividend | J | T | | | | | |
| 107. Vanguard Sector Index | | None | | | Buy | 02/07/11 | J | | |
| 108. | | | | | Sold (part) | 03/09/11 | J | C | |
| 109. | | | | | Sold (part) | 03/14/11 | J | C | |
| 110. | | | | | Sold | 05/09/11 | J | C | |
| 111. Wasatch Microcap | | None | J | T | Buy | 04/29/11 | J | | |
| 112. | | | | | Buy (add'l) | 09/08/11 | J | | |
| 113. Wasatch Ultra Growth | | None | J | T | Sold (part) | 05/09/11 | J | C | |
| 114. | | | | | Buy (add'l) | 09/08/11 | J | | |
| 115. IRA Smith Barney ▭ | | | | | | | | | |
| 116. Blackrock Energy & Resources | A | Dividend | J | T | | | | | |
| 117. Blackrock Global Allocation Fund | A | Dividend | J | T | | | | | |
| 118. Dreyfus Liquid Assets, Inc. | | None | J | T | | | | | |
| 119. First Eagle Global Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. First IND Realty Trust | A | Dividend | | | Sold (part) | 10/06/11 | J | B | |
| 121. | | | | | Sold | 10/06/11 | J | B | |
| 122. Franklin Income Advisor Class | A | Dividend | | | Sold | 10/06/11 | J | D | |
| 123. Hartford Capital Appreciation Fund | | None | | | Sold | 02/03/11 | J | A | |
| 124. ING Russia Fund Class A | | None | J | T | Buy | 10/06/11 | J | | |
| 125. Ishares S&P U.S. Preferred Stock | A | Dividend | J | T | | | | | |
| 126. Ishares S&P 100 Index Fund | | None | J | T | Buy (add'l) | 08/08/11 | J | | |
| 127. Ivy Asset Strategy Fund | A | Dividend | K | T | Sold (part) | 10/06/11 | J | D | |
| 128. Ivy Global Natural Resources | | None | J | T | | | | | |
| 129. Lexington Realty Trust | A | Dividend | | | Sold | 10/06/11 | J | | |
| 130. Market Vectors | A | Dividend | J | T | Buy | 02/03/11 | J | | |
| 131. MFS Emerging Markets Deb Fund | A | Dividend | J | T | | | | | |
| 132. Permanent Portfolio | | None | J | T | | | | | |
| 133. Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 134. Thornburg Investment Income Builder | A | Dividend | K | T | Buy | 10/06/11 | K | | |
| 135. Vanguard Emerging Markets ETF | | None | | | Sold | 02/03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Vanguard Specialized  Portfolios (line 13) was purchased on 12.20.10 but inadvertantlyl left off the 2010 report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARK W. BENNETT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544